Thomas J. Vandeveld, III, State Bar No. 145510
VANDEVELD LAW OFFICES
P.O. Box 1764
Bonita, California 91908-1764
Telephone: (619) 232-5299
Facsimile: (619) 475-6908
Electronic Mail: tomvlawyer@cox.net

Attorney for Plaintiff
KAREL SPIKES

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>     Plaintiff,<br><br>vs.<br><br>LAURINDA OWEN, et al,<br><br>     Defendants. | Case No.: 17cv17581 BAS BLM<br><br>Judge: Hon. Cynthia A. Bashant<br>Magistrate: Hon. Barbara L. Major<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT: PLEASE TAKE NOTICE that the parties have resolved this matter by way of settlement. Please allow at least forty-five (45) days for the parties to complete finalization of settlement documents including, but not limited to, preparing and filing a Joint Motion to Dismiss with Prejudice.

DATED: December 29, 2017          s/Thomas J. Vandeveld III
THOMAS J. VANDEVELD, III
Attorney for Plaintiff, KAREL SPIKES
Electronic Mail: tomvlawyer@cox.net