UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

KAREL SPIKES,

                Plaintiff,

v.

LAURINDA OWENS, *et al.*,

                Defendants.

Case No. 17-cv-1758-BAS-BLM

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**

**[ECF No. 21]**

    The parties have jointly moved to dismiss the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) in light of their agreement to resolve the case by settlement. (ECF No. 21.) Because all parties have agreed to dismissal, the Court construes the motion as a stipulation to dismissal pursuant to Rule 41(a)(1)(ii). Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, *or* (2) filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective on the filing of the notice or stipulation and no court order is required. *Stone v. Woodford*, No. CIV-F-05-845 AWI DLB, 2007 WL 527766, at *1 (E.D. Cal. Feb. 16, 2007). Local rules require that all stipulations must be filed as a joint motion. *See* Electronic Case Filing Administrative Policies and Procedures Manual, United

1  States District Court for the Southern District of California.  The general rule is that
2  dismissal pursuant to a stipulation is without prejudice, unless the parties request
3  otherwise.  Fed. R. Civ. P. 41(a)(1)(B).  Here, the parties request dismissal with
4  prejudice.

5       The parties have also requested that the Court retain jurisdiction over all
6  disputes arising out of the settlement agreement.  Because the Court was not
7  involved in the negotiations of the settlement agreement and lacks any information
8  as to its terms, the Court declines to retain jurisdiction to enforce it.

9       Having considered the motion to dismiss, the Court **GRANTS** the parties'
10  motion. (ECF No. 21.)  The action is hereby **DISMISSED WITH PREJUDICE**.
11  Each party shall bear its own costs and attorneys' fees.  The Court **DECLINES** to
12  retain jurisdiction over the settlement agreement.

14       **IT IS SO ORDERED.**

16  **DATED:  January 25, 2018**

Hon. Cynthia Bashant
United States District Judge